In the Matter of WALTER N. SMITH, Appellant, against JOSEPH F. MAGUIRE, Justice of the Domestic Relations Court of the City of New York, et al., Respondents.

Submitted October 9, 1944; decided October 20, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), for motion.
*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed.